-FILED-
MAR 16 2026
At ____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.*]

Austin M Crist,
[*You are the* **PLAINTIFF**, *print your full name on this line.*]

v.

Medical Behavioral Hospital of Mishawaka,
[*The* **DEFENDANT** *is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.*]

Case Number 1 : 26CV134
[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [*Put the defendant named in the caption in this box.*] Medical Behavioral hospital Mishawaka | 126 Jefferson Blvd, Mishawaka Indiana Joseph county 46545. |
| 2 | [*Put the names of any other defendants in these boxes.*] Dr Jennifer Nijhia | 126 Jefferson Blvd, mishawaka Indiana, Joseph county 46545 |
| 3 | Vinicius Teixeira | 126 Jefferson Blvd, mishawaka Indiana, Joseph county 46545 |

[*If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.*]

1. How many defendants are you suing? 8

2. What is your address? 514 south platt street, montpelier, Ohio 43543

3. What is your telephone number: (419) 212-8810

4. Have you ever sued anyone for these exact same claims?
   - ☑ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

# Attached page for defendant information

- Kashif Janjua MD, 1625 E Jefferson Blvd, Mishawaka, Joseph County, Indiana, 46545, 574-255-1400

- Justina Cruz, 1625 E Jefferson Blvd, Mishawaka, Joseph County, Indiana, 46545, 574-255-1400

- Kimberly Artman NP, 1625 E Jefferson Blvd, Mishawaka, Joseph County, Indiana, 46545, 574-255-1400

- Denford Mujeye NP, 1625 E Jefferson Blvd, Mishawaka, Joseph County, Indiana, 46545, 574-255-1400

- Adam Dell, PsyD, 1625 E Jefferson Blvd, Mishawaka, Joseph County, Indiana, 46545, 574-255-1400

03/05/2026

# CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you*.]

1. 14th, 5th and 8th amendment violations, HIPAA law and CFR § 482.13 violations. Excessive use of chemical restraints as a means of coercive control, violating my patient rights to autonomy and informed consent. civil rights violations under Section 1983, excessive force, unconstitutional conditions of confinement, and denial of medical treatment.

§ 482.13 (e) *Standard: Restraint or seclusion.* All patients have the right to be free from physical or mental abuse, and corporal punishment. All patients have the right to be free from restraint or seclusion, of any form mposed as a means of coercion, discipline, convenience, or retaliation by staff. Restraint or seclusion may only be imposed to ensure the immediate physical safety of the patient, a staff member, or others and must be discontinued at the earliest possible time. *Definition* A *restraint* is any manual method, physical or mechanical device, material, or equipment that immobilizes or reduces the ability of a patient to move his or her arms, legs, body, or head freely; or A drug or medication when it is used as a restriction to manage the patient's behavior or restrict the patient's freedom of movement and is not a standard treatment or dosage for the patient's condition.

See additional attached information on additional pages.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

# Claims And Facts Continuation

On or about may 2, 2023, I was involuntarily admitted to Defendant's facility in Mishawaka Indiana, due to concerns about mental health. During the detention, I was subjected to excessive and improper use of chemical restraints, despite presenting no immediate danger to myself or others.

COUNT 1 – VIOLATION OF 42 U.S.C. § 1983 that Defendants acted under color of state law to deprive me of my rights secured by the Fourteenth Amendment to the United States Constitution, specifically my right to be free from unreasonable seizures and excessive use of force.

COUNT 2 – EXCESSIVE USE OF FORCE Defendants used excessive force against me by administering unnecessary and excessive amounts of chemical restraints, causing me physical and emotional harm.

COUNT 3 – FALSE IMPRISONMENT Defendants knowingly and intentionally confined me against my will, without lawful authority or justification, causing severe emotional distress and financial loss.

COUNT 4 – VIOLATION OF THE AMERICANS WITH DISABILITIES ACT Defendants failed to provide reasonable accommodations and discriminated against me due to unproven accusations and medical reports rather than present symptoms, causing me undue harm and hardship.

COUNT 5 – NEGLIGENCE Defendants breached the applicable standard of care in treating me, resulting in unnecessary harm and injury to me.

COUNT 6 – WASTE OF FUNDS Defendants wasted taxpayer money and public funds on unnecessary treatments and services, including excessive use of chemical restraints, contrary to medical necessity and best practices.

COUNT 7 – DEPRIVATION OF LIBERTY INTERESTS Defendants deprived me of my liberty interests without due process, violating my Fourteenth Amendment rights and subjecting me to unnecessary harm and hardship.

COUNT 8 – CFR § 482.13 (e) *VIOLATION Standard: Restraint or seclusion Defendants Violated my rights* be free from restraint or seclusion, of any form, imposed as a means of coercion, discipline, convenience, or retaliation by staff. Restraint or seclusion may only be imposed to ensure the immediate physical safety of the patient, a staff member, or others and must be discontinued at the earliest possible time.

Austin [signature] 03/05/2026

Claims and Facts (continued)

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

Compensation in physical, Psychological and emotional damages in the amount of $2,000,000,
I believe due to the long term pain and suffering from paradoxical and allergic reactions make the amount I'm asking is more than reasonable the suffering and distress is difficult to comprehend.
I also believe they caused permanent damage by neglecting and worsening obvious seizure symptoms.

**FILING FEE** – Are you paying the filing fee?

☑ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

AC I will keep a copy of this complaint for my records.
AC I will promptly notify the court of any change of address.
AC I declare **under penalty of perjury** that the statements in this complaint are true.

Austin Cl[illegible] — Signature

03/05/2026 — Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]